No. 77–5683. CONDO v. SUN CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 77–5685. PLACE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 77–5689. DAVIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5691. RAMIREZ-BETANCOURT, AKA BRAVO v. UNITED STATES; and
No. 77–5694. ARCHBOLD-NEWBALL v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 554 F. 2d 665.

No. 77–5697. KOSSEFF v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–5699. KELLEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5714. ALLEN v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 77–5719. LYNCH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.